CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
<u>8033 Linda Vista Road, Suite 200</u>
<u>San Diego, CA 92111</u>
(858) 375-7385
phylg@potterhandy.com
Attorneys for Plaintiff

Sarkis A. Atoyan (SBN: 309618)
Email: sarkis.atoyan@gmail.com
12000 East Slauson Avenue
Santa Fe Springs, , CA 90670
Telephone: (562) 301-3411
Attorney for Defendants
Prologis Logistics Services Incorporated; Thomas Atoyan; Arthur Atoyan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELEN ACEVEDO,<br><br>      Plaintiff,<br>v.<br><br>PROLOGIS LOGISTICS SERVICES INCORPORATED, a Delaware Corporation; THOMAS ATOVAN; ARTHUR ATOVAN; and Does 1-10,<br><br>      Defendants. | Case No.: 8:19-CV-00310-JVS-JDE<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

1  Dated: August 23, 2019          CENTER FOR DISABILITY ACCESS
2
3                                  By:   /s/ Chris Carson
                                         Chris Carson
4                                        Attorneys for Plaintiff
5
6  Dated:
7
8
                                   By: _____
9                                        Sarkis A. Atoyan
                                         Attorneys for Defendants
10                                       Prologis Logistics Services
                                          Incorporated; Thomas Atoyan; Arthur Atoyan
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 | Attorneys for Plaintiff

Dated: July 30, 2019

By: _____
Sarkis A. Atoyan
Attorneys for Defendants
Prologis Logistics Services
Incorporated; Thomas Atoyan; Arthur Atoyan